IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| NESTOR SHUST, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMTRUST FINANCIAL SERVICES, INC., DONALD T. DECARLO, SUSAN C. FISCH, ABRAHAM GULKOWITZ, GEORGE KARFUNKEL, LEAH KARFUNKEL, RAUL RIVERA, MARK SEROCK, and BARRY D. ZYSKIND,<br><br>Defendants. | Case No. 1:18-cv-01129<br><br>**Judge Boyko** |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Nestor Shust ("Plaintiff") voluntarily dismisses his individual claims in the captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to his claims on behalf of the putative class in the Action. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

IT IS SO ORDERED.

s/ Christopher A. Boyko
_____
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE